UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   **CR 22-36-MWF**                                   Dated: November 17, 2025
===============================================================

**PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE**

| Rita Sanchez | Amy Diaz | Frances Lewis |
|---|---|---|
| Courtroom Deputy | Court Reporter | Assistant U.S. Attorney |

===============================================================

U.S.A. vs (Dfts listed below)                              Attorneys for Defendants

1.   Richard Royden Chamberlin                   1.   DFPD Antonio Villaamil
     Present - Citation                                Present - Appointed

**PROCEEDINGS:**   **PRELIMINARY REVOCATION OF SUPERVISED RELEASE**

Case called, and counsel make their appearance. Also present is USPPO Kayonna Jackson. The hearing is held.

For reasons stated on the record, the Court orders the defendant to make monthly restitution payments of at least $100 for the next 6 months commencing on December 1, 2025. The Court further orders a joint status report be filed by March 6, 2026, and a further hearing set for June 1, 2026, at 3:00 p.m. Counsel, defendant, and Probation are ordered to return without further order of the Court.

IT IS SO ORDERED.

cc: USPPO - Kayonna Jackson

MINUTES FORM 8                                            Initials of Deputy Clerk rs
CRIM -                                                                         :10