CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
ANTONIO VILLAAMIL (Bar No. 346321)
(E-Mail: Antonio_Villaamil@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
RICHARD CHAMBERLIN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD CHAMBERLIN,<br><br>　　　　Defendant. | Case No. 2:22-cr-00036-MWF<br><br>**JOINT STATUS REPORT REGARDING COMPLIANCE WITH RESTITUTION** |

　　　　IT IS HEREBY STIPULATED AND AGREED between Plaintiff, United States of America, by and through its attorney of record, Assistant United States Attorney Frances Lewis, and Richard Chamberlin, by and through his attorney of record, Deputy Federal Public Defender Antonio Villaamil, that:

　　　　1.　　On May 15, 2023, the Court sentenced Mr. Chamberlin to 12 months on Count 2 of the Indictment and 30 months on Count 4 of the Indictment, to be served concurrently, ordered supervised release for a term of 3 years, and ordered restitution in the total amount of 42,663.33. (Dkt. 60).

　　　　2.　　On October 10, 2025, United States Probation Officer Kayonna Jackson requested a hearing before the Court to address allegations that Mr. Chamaberlin was not making sufficient payments toward restitution. (Dkt. 87).

3. At a hearing on November 17, 2025, the Court ordered Mr. Chamberlin to make monthly restitution payments of at least $100 for the following 6 months commencing on December 1, 2025. The Court further orders a joint status report be filed by March 6, 2026, and a further hearing set for June 1, 2026, at 3:00 p.m. (Dkt. 88).

4. On March 6, 2026, defense counsel spoke with U.S. Probabtion Officer Kayonna Jackson, who stated that Mr. Chamberlin is in compliance with the Court's order and made $100 payments in December, January, and February.

Respectfully submitted,

DATED: March 6, 2026    By  /s/ Antonio Villaamil
                            Antonio Villaamil
                            Deputy Federal Public Defender
                            Attorney for Richard Chamberlin


                            BILAL ESSAYLI
                            United States Attorney

DATED: March 6, 2026    By  /s/ (with email approval)
                            Frances Lewis
                            Assistant United States Attorney

2